IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

**TARAZ PARISEAU, on behalf of herself and all others similarly situated,**
**Plaintiff,**
v.
**BUILT USA, LLC,**
**Defendant.**                                                        Case No. 8:21-cv-02902-SDM-JSS
_____/

## MEDIATION REPORT

Pursuant to Notice of Mediation filed with the court, a mediation conference was scheduled. Pursuant to the Notice of Mediation on 8/31/2022 at the Zoom mediation conference:

( xx ) Plaintiff AND Counsel Appeared         (   ) Plaintiff/Counsel did not Appear

( xx ) Defendant AND Counsel Appeared       (   ) Defendant/Counsel did not Appear

Plaintiff's Attorney: Avi R. Kaufman, Esq, and Max Morgan, Esq.
237 South Dixie Highway, Floor 4, Coral Gables, FL 33133
Telephone: (305) 469-5881

Defendant's Attorney: Steven A. Nisbet, Esq.
8750 Hawbuck Street, Trinity, FL 34655-5364
Telephone: 727-787-3121

**RESULTS**: *(Mediation Results Report will be filed electronically)*
(xx )   Full Settlement Agreement
(   )   Partial Settlement Agreement
(   )   No Settlement Agreement
(   )   Continued (Date)

  /s/ Jack L Townsend, Sr.
**Jack L. Townsend, Sr., Mediator**
6408 E. Fowler Avenue, Tampa, FL 33617